# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 14, 2021

## NO. 03-19-00244-CR

**Christopher Hamilton, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that require correction. Therefore, the Court modifies the trial court's judgments as follows: We modify the judgment for murder to state that the "Statute for Offense" is section 19.02(b) of the Penal Code and modify the judgments for the two counts of aggravated robbery to state that the "Statute for Offense" is section 29.03(a) of the Penal Code. The judgments, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.